IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES EICHINGER, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL ACTION NO. 07-4434 |
| : | CAPITAL HABEAS CASE |
| JOHN WETZEL, Commissioner, : | |
| Pennsylvania Department of Corrections; : | |
| ROBERT GILMORE, Superintendent of : | |
| the State Correctional Institution at Greene; : | |
| and MARK GARMAN, Superintendent of : | |
| State Correctional Institution at Rockview, : | |
| : | |
| Respondents. : | |

# ORDER

**AND NOW**, this 16th day of January, 2019, upon consideration of the Amended Petition for Writ of Habeas Corpus filed by John Charles Eichinger (Docket Entry 52, 55), the Response thereto (Docket Entry 85), Petitioner's Reply (Docket Entry 89), and oral argument conducted on November 14, 2018, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Petition is **DENIED** and **DISMISSED WITH PREJUDICE** by separate Judgment, filed contemporaneously with this Order.

2. A certificate of appealability is denied under 28 U.S.C. § 2253(c)(1)(A) with regard to all issues raised in the Petition.

3. The Clerk of Court shall mark this file closed.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.